UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CITIZENS CARING FOR THE FUTURE,
NEW MEXICO INTERFAITH POWER
AND LIGHT, CENTER FOR
BIOLOGICAL DIVERSITY, and
WILDEARTH GUARDIANS,

      *Plaintiffs*,

  v.

DEB HAALAND, in her official capacity as
U.S. Secretary of the Interior, and UNITED
STATES BUREAU OF LAND
MANAGEMENT,

      *Federal Defendants*.

Case No. 2:23-cv-60-GBW-KRS

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER came before the Court on Federal Defendants' June 1, 2023, Unopposed Third Motion for Extension of Time to Respond to Plaintiffs' Petition for Review of Agency Action (ECF No. 15). The Court finds the Motion is well taken and GRANTS the Motion.

IT IS THEREFORE ORDERED that Federal Defendants have until June 30, 2023, to respond to Plaintiffs' Petition.

IT IS SO ORDERED.

                                                _____
                                              KEVIN R. SWEAZEA
                                              UNITED STAGES MAGISTRATE JUDGE