UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CITIZENS CARING FOR THE FUTURE, NEW MEXICO INTERFAITH POWER AND LIGHT, CENTER FOR BIOLOGICAL DIVERSITY, and WILDEARTH GUARDIANS,

*Plaintiffs*,

v.

DEB HAALAND, in her official capacity as U.S. Secretary of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT,

*Federal Defendants*.

Case No. 2:23-cv-60-GBW-KRS

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER came before the Court on Federal Defendants' September 28, 2023, Unopposed Motion for Fifth Extension of Time to Respond to Plaintiffs' Petition for Review of Agency Action (ECF No. 19). The Court finds the Motion is well taken and GRANTS the Motion. IT IS ORDERED that Federal Defendants have until December 27, 2023, to respond to Plaintiffs' Petition.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE