## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CITIZENS CARING FOR THE FUTURE,
NEW MEXICO INTERFAITH POWER
AND LIGHT, CENTER FOR
BIOLOGICAL DIVERSITY, and
WILDEARTH GUARDIANS,

     *Plaintiffs,*

      v.

DEB HAALAND, in her official capacity as
U.S. Secretary of the Interior, and UNITED
STATES BUREAU OF LAND
MANAGEMENT,

     *Federal Defendants.*

Case No. 2:23-cv-60-GBW-KRS

**ORDER**

THIS MATTER came before the Court on Federal Defendants' February 21, 2024,

Unopposed Motion for Seventh Extension of Time to Respond to Plaintiffs' Petition for Review

of Agency Action (ECF No. 23). The Court finds the Motion is well taken and GRANTS the

Motion.  IT IS ORDERED that Federal Defendants have until April 26, 2024, to respond to

Plaintiffs' Petition.

     IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1