IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

**CLERK'S MINUTES**

*Citizens Caring for the Future, et al. v. United States Bureau of Land Management*
2:23-cv-60 GBW/KRS

---

**May 2, 2024**

**Attorneys for Plaintiffs:**   Kyle Tisdel, Rose Rushing

**Attorneys for Defendants**:   Shannon Boylan

**Proceeding**:   Status Conference

**Start Time:**   9:00 a.m.
**Stop Time:**   9:06 a.m.
**Total Time:**   6 minutes

**Clerk:**   AC

**NOTES**

- The Court greets the parties and enters their appearances.

- The Court asks the parties about the status of their settlement negotiations. Counsel for Plaintiffs states the parties have made progress but need an additional thirty days to work out some terms of the settlement. Counsel for Defendants agrees.

- The Court continues the stay of the case for an additional thirty days. The parties shall file a notice with the Court by June 3, 2024 stating whether they have reached a settlement. If they have not, the Court will set a scheduling conference.

- There being nothing further, Court adjourns.